IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY SHEPHERD
 a/k/a BILLY L. SHEPPARD,
    Petitioner,

vs.                                      3:04cv288/MCR/MD

JAMES V. CROSBY, JR., et al.,
    Respondents.
                                    /

## O R D E R

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2005. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

        Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now ORDERED:

        The respondent's motion to dismiss (doc. 8) is GRANTED, and the petition for writ of habeas corpus (doc. 1) challenging petitioner's convictions and sentences in the case of _State of Florida v. Billy Lee Sheppard_, in the Circuit Court of Santa Rosa County, Florida, case no. 75-I-227, is DISMISSED as untimely, and the clerk is directed to close the file.

        DONE AND ORDERED this 1st day of June, 2005.

        _s/ M. Casey Rodgers_
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**